# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **McGovern. v. U.S. Bank., N.A.**        Case Number: **3:18-cv-1794-CAB-(JMA)**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape: n/a

In light of the filing of Plaintiff's first amended complaint [Doc. No. 14], the Court hereby DENIES WITHOUT PREJUDICE and AS MOOT Defendant's pending Motion to Compel Arbitration [Doc. No. 12]. Defendant may refile the motion based on the first amended complaint if it so wishes. No further amendments to the complaint may be filed without prior court approval. It is SO ORDERED.

Date: October 25, 2018                                                                                                    Initials: NOD