UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA MCGOVERN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK N.A.,<br><br>Defendant. | Case No.: 18-CV-1794-CAB-LL<br><br>**ORDER RE MOTION TO CERTIFY INTERLOCUTORY APPEAL**<br><br>[Doc No. 29, 35] |

On January 25, 2019, the Court granted Defendant's motion to compel arbitration and stayed this case pending completion of the arbitration. Plaintiff subsequently moved to certify that order for an interlocutory appeal. In their papers, the parties agreed that the issues Plaintiff seeks to raise on appeal are similar or identical to those being considered by the Ninth Circuit in *McCardle v. AT&T Mobility LLC*, Ninth Circuit Case No. 17-17246, which has been argued and is under submission. On March 19, 2019, the Court issued an order setting a teleconference to discuss whether, instead of an interlocutory appeal, the most efficient use of judicial resources would be to delay any individual arbitration between the parties until the Ninth Circuit issues a ruling in *McCardle*. In apparent agreement with the Court, the parties now jointly move to delay resolution of the motion for interlocutory appeal or institution of individual arbitration by Plaintiff until after the Ninth Circuit issues its mandate in *McCardle*.

1

Accordingly, it is hereby **ORDERED** as follows:

1. The motion regarding pending motion for interlocutory appeal is **GRANTED IN PART**;
2. Plaintiff's motion to certify an interlocutory appeal is **DENIED** without prejudice to refiling following a motion for reconsideration of the order compelling arbitration, if such a motion is warranted based on the Ninth Circuit's holding in *McCardle*;
3. Within 10 days following the issuance of the mandate in *McCardle*, the parties shall submit a joint status conference statement, apprising the Court of their respective positions, proposing any briefing schedule believed to be necessary, and requesting, if appropriate, a telephonic conference with the Court;
4. Until the Court acts upon the status conference statement described in Paragraph 3, Plaintiff shall refrain from filing any individual arbitration against U.S. Bank;
5. U.S. Bank will not advance the delay in initiating arbitration resulting from this agreement as a defense in any proceeding before the arbitrator or this Court; and,
6. This case remains **STAYED** until further order from the Court.

It is **SO ORDERED**.

Dated: March 26, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge