TYCKO & ZAVAREEI LLP
Annick M. Persinger (State Bar No. 272996)
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone (510) 254-6808
Facsimile (202) 973-0950
apersinger@tzlegal.com
*Attorneys for Plaintiffs and the Putative Class*

BUCKLEY LLP
JAMES R. MCGUIRE (SBN 189275)
jmcguire@buckleyfirm.com
LAUREN ERKER (SBN 291019)
lerker@buckleyfirm.com
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone: (415) 619-3500
Facsimile: (415) 619-3505

Attorneys for Defendant U.S. Bank, N.A.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA MCGOVERN, *on Behalf of Herself and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A.,<br><br>Defendant. | Case No.: 3:18-cv-01794-CAB-LL<br><br>**JOINT STATUS CONFERENCE STATEMENT FOLLOWING ORDER RE MOTION TO CERTIFY INTERLOCUTORY APPEAL [Doc. No. 37]** |

Pursuant to the Court's Order re Motion to Certify Interlocutory Appeal dated March 26, 2019 (Doc No. 37), directing the parties to file this Joint Status Conference Statement, the Parties submit the following:

1. On June 3, 2020, the mandate issued in *McArdle v. AT&T Mobility LLC, et al.*, 9th Cir. Case No. 17-17246. *See* Exhibit A, attached.

2. On June 10, 2020, the Parties met and conferred regarding the implications of the now-final decision in *McCardle* (and related cases). Plaintiff intends to seek reconsideration of the Court's January 25, 2019 Order granting U.S.

Bank's motion to compel arbitration. (Doc. No. 28.) U.S. Bank will oppose that motion.

3. The Parties jointly propose the following briefing schedule:

- July 2, 2020—Deadline for Plaintiff to file motion for reconsideration
- July 23, 2020—Deadline for Defendant's opposition
- August 7, 2020—Deadline for Plaintiff's reply

4. The Parties do not believe that a telephonic conference with the Court is necessary, but will make themselves available at the Court's request.

Dated: June 15, 2020          Respectfully submitted,

**TYCKO AND ZAVAREEI LLP**

By:     */s/ Annick M. Persinger*
          Annick M. Persinger
          *Attorney for Plaintiff and
          the Putative Class*

Dated: June 15, 2020          Respectfully submitted,

**BUCKLEY LLP**

By:     */s/ James McGuire*
          James McGuire
          *Attorney for Defendant*

### SIGNATURE VERIFICATION

I hereby certify that the content of this document is acceptable to James McGuire, counsel for Defendant, and that I obtained Mr. McGuire's authorization to affix his electronic signature to that document.

          */s/ Annick M. Persinger*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of June, 2020, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

/s/ *Annick M. Persinger*
Annick M. Persinger

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEVEN MCARDLE,

        Plaintiff - Appellee,

v.

AT&T MOBILITY LLC; et al.,

        Defendants - Appellants.

No. 17-17246

D.C. No. 4:09-cv-01117-CW
U.S. District Court for Northern California, Oakland

**MANDATE**

The judgment of this Court, entered June 28, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7